IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **MOUHAMADOU GAYE, Individually** | § | |
| **and on behalf of other employees** | § | |
| **similarly situated** | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 4:18-CV-00243** |
| | § | |
| **TJD TRANSPORTATION,** | § | |
| **TJD LIMO, AND DJIBRIL GACOU,** | § | |
| **Defendants.** | § | |

### PLAINTIFFS' REQUEST FOR ENTRY OF FINAL JUDGMENT

**TO THE HONORABLE JUDGE OF SAID COURT:**

MOUHAMADOU GAYE ("Plaintiff") ask the clerk of the court to enter against Defendants, as authorized by the July 19, 2019 settlement and in support thereof show as follows:

### I. INTRODUCTION

1. The settlement calls for monthly payments to be made by Defendants.

2. The installments were secured by an Agreed Final Judgment (Exhibit 1).

3. Defendants are in default of the settlement by failing to make the required installment payments.

4. The parties have a contractual agreement that provides in the event that Defendants fail to timely make any payment required by the settlement, Plaintiff will proceed with assertive action to collect from Defendants the full amount of the Agreed Final Judgment and any accrued post-judgment interest.

## II. PRAYER

For the foregoing reasons, the Plaintiff asks the clerk to enter the attached Agreed Final Judgment.

Respectfully submitted,

TRAN LAW FIRM

/S/Trang Q. Tran
Trang Q. Tran
Federal I.D: 20361
Texas Bar No. 00795787
2537 South Gessner Road, Suite 104
Houston, Texas 77063
(713) 223 – 8855 Telephone
(713) 623 – 6399 Facsimile
ttran@tranlawllp.com
service@tranlawllp.com

**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record via the Court's CM\ECF on May 29, 2020.

/s/ *Trang Q. Tran*
Trang Q. Tran