United States District Court
Southern District of Texas
**ENTERED**
July 24, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON, DIVISION

| | |
|---|---|
| MOUHAMADOU GAYE, Individually and on behalf of other employees similarly situated<br>Plaintiff,<br><br>v.<br><br>TJD TRANSPORTATION, TJD LIMO, AND DJIBRIL GACOU,<br>Defendants. | CIVIL ACTION NO. 4:18-CV-00243 |

## AGREED JUDGMENT

The attorneys for Plaintiff and Defendant announced to the Court that Plaintiffs and Defendant have agreed that judgment should be rendered for the Plaintiffs as requested.

The Court has considered the court transcript, pleadings and records on file in this cause and the evidence and is of the opinion that judgment should be rendered for Plaintiffs as agreed.

It is accordingly ADJUDGED that plaintiff Mouhamadou Gaye, Plaintiff, recover from TJD Transportation, TJD Limo and Djibril Gacou, Defendants, judgment for-

1. $90,000.00 as the principle amount due; and

2. interest at the rate of 1.5 percent per month on the total judgment from the date of judgment until paid.

It is so ORDERED that Plaintiff shall have all writs of execution and other process necessary to enforce this judgment.

This judgment finally disposes of all parties and all claims and is appealable.

SIGNED on July 24, 2020.

JUDGE PRESIDING